Docket No.: 1:19-cv-6107-EK-CLP

# INITIAL CONFERENCE QUESTIONNAIRE

1. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made:  7/13/2020

2. If additional interrogatories beyond the 25 permitted under the federal rules are needed, the maximum number of:  plaintiff(s) __5__  and defendant(s)  5

3. Number of depositions by plaintiff(s) of: parties __2__  non-parties  2

4. Number of depositions by defendant(s) of:   parties __2__  non-parties  2

5. Date for completion of factual discovery:  10/27/2020

6. Number of expert witnesses of plaintiff(s):  __0__ medical  __1__ non-medical

    Date for expert report(s):  10/27/2020

7. Number of expert witnesses of defendant(s):  __0__ medical  __1__ non-medical

    Date for expert report(s):  10/27/2020

8. Date for completion of expert discovery:  12/11/2020

9. Time for amendment of the pleadings by plaintiff(s)  7/29/2020
    or by defendant(s)  7/29/2020

10. Number of proposed additional parties to be joined by plaintiff(s)  __1__ and by defendant(s) __1__  and time for completion of joinder:  7/29/2020

11. Types of contemplated dispositive motions:    plaintiff(s):  summary judgment
                                                   defendant(s):  summary judgment

12. Dates for filing contemplated dispositive motions:   plaintiff(s):  1/11/2021
                                                         defendant(s):  1/11/2021

13. Have counsel reached any agreements regarding electronic discovery?  If so, please describe at the initial conference.

14. Have counsel reached any agreements regarding disclosure of experts' work papers (including drafts) and communications with experts?  If so, please describe at the initial conference.

15. Will the parties consent to trial before a magistrate judge pursuant to 28 U.S.C. §636(c)?  (Answer no if any party declines to consent without indicating which party has declined.) *
    Yes ___   No  X

---

* The fillable consent form may be found at
http://www.nyed.uscourts.gov/General_Information/Court_Forms/court_forms.html  **and may be filed electronically upon completion prior to the initial conference, or, brought to the initial conference and presented to the Court for processing.**